ETCHIESON *v.* TEXAS.

No. 1050, Misc. Decided June 22, 1964.

*Clyde W. Woody* for petitioner.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case remanded to the Court of Criminal Appeals of Texas for consideration in light of *Aguilar* v. *Texas, ante,* p. 108.

MR. JUSTICE BLACK, MR. JUSTICE CLARK and MR. JUSTICE STEWART dissent for the reasons assigned in the dissenting opinion in *Aguilar* v. *Texas.*

# STATEMENT SHOWING THE NUMBER OF CASES FILED, DISPOSED OF, AND REMAINING ON DOCKETS AT CONCLUSION OF OCTOBER TERMS—1961, 1962, AND 1963

| | ORIGINAL | | | APPELLATE | | | MISCELLANEOUS | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terms | 1961 | 1962 | 1963 | 1961 | 1962 | 1963 | 1961 | 1962 | 1963 | 1961 | 1962 | 1963 |
| Number of cases on dockets | 13 | 15 | 9 | 1,062 | 1,182 | 1,238 | 1,510 | 1,627 | 1,532 | 2,585 | 2,824 | 2,779 |
| Number disposed of during terms | 0 | *7 | 2 | 860 | 972 | 1,036 | 1,297 | 1,371 | 1,374 | 2,157 | 2,350 | 2,412 |
| Number remaining on dockets | 13 | 8 | 7 | 202 | 210 | 202 | 213 | 256 | 158 | 428 | 474 | 367 |

| | TERMS | | |
|---|---|---|---|
| | 1961 | 1962 | 1963 |
| Distribution of cases disposed of during terms: | | | |
| Original cases | 0 | *7 | 2 |
| Appellate cases on merits | 195 | 282 | 303 |
| Petitions for certiorari | 665 | 690 | 733 |
| Miscellaneous docket applications | 1,297 | 1,371 | 1,374 |

| | TERMS | | |
|---|---|---|---|
| | 1961 | 1962 | 1963 |
| Distribution of cases remaining on dockets: | | | |
| Original cases | 13 | 8 | 7 |
| Appellate cases on merits | 118 | 108 | 81 |
| Petitions for certiorari | 84 | 102 | 121 |
| Miscellaneous docket applications | 213 | 256 | 158 |

*This figure includes 3 cases finally disposed of by Court action and 4 cases which have been dropped from the docket as there is no matter with respect to them pending before the Court.

June 24, 1964.